[No. 22396-1-II.   Division Two.   January 11, 1999.]

CHAPPARAL REFORESTATION, *Appellant*, v. THE DEPARTMENT OF LABOR AND INDUSTRIES, *Respondent*.

Appeal from a judgment of the Superior Court for Thurston County, No. 95-2-02179-1, Daniel J. Berschauer, J., entered September 10, 1997. *Affirmed* by unpublished opinion per Morgan, J., concurred in by Seinfeld and Houghton, JJ.

[No. 22715-1-II.   Division Two.   January 11, 1999.]

THE DEPARTMENT OF ECOLOGY, *Respondent*, v. GARY LUNDGREN, ET AL., *Appellants*, KETRON ISLAND HOMEOWNERS ASSOCIATION, *Intervenor.*

Appeal from a judgment of the Superior Court for Thurston County, No. 95-2-03756-6, Richard A. Strophy, J., entered December 9, 1997. *Affirmed* by unpublished opinion per Armstrong, J., concurred in by Bridgewater, C.J., and Hunt, J. Now published at 94 Wn. App. 236.

[No. 22732-1-II.   Division Two.   January 11, 1999.]

EDWARD J. MADLE, *Respondent*, v. SELLAND AUTO TRANSPORT, INC., *Appellant*.

Appeal from a judgment of the Superior Court for Kitsap County, No. 96-2-03426-8, M. Karlynn Haberly, J., entered December 15, 1997. *Reversed* by unpublished opinion per Hunt, J., concurred in by Seinfeld and Houghton, JJ.

[No. 39499-1-I.   Division One.   January 11, 1999.]

THE STATE OF WASHINGTON, *Respondent*, v. EUGENE SMITH, *Appellant*.

Appeal from a judgment of the Superior Court for Snohomish County, No. 95-1-01611-6, Larry E. McKeeman, J., entered October 4, 1996. *Affirmed* by unpublished opinion per Webster, J., concurred in by Coleman and Becker, JJ.